# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3842
_____

LAPORSHIA PATTERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Joshua M. Hawkes, Judge.

March 26, 2024

PER CURIAM.

AFFIRMED.

KELSEY, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

LaPorshia Patterson, pro se, Appellant.

Ashley Moody, Attorney General, and Michael Schaub, Assistant
Attorney General, Tallahassee, for Appellee.